# UNITED STATES BANKRUPTCY COURT
**District of South Carolina (Columbia)**

IN RE:  
Debtors: Vanessa Johnson Montgomery

Case No.: 13-00498  
Loan Number (Last 4): 6699

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| DLJ Mortgage Capital, Inc. | Fay Servicing LLC |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 7 |
| Salt Lake City, UT 84115 | Amount of Claim: $140,960.35 |
| | Date Claim Filed: 02/20/2013 |
| | |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 4310 |
| Last Four Digits of Acct #: 6699 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450  
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 6699

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Aubryanna Rutherford    Date: 05/12/2017  
BK Specialist

Specific Contact Information:  
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

473209-e24dac10-265f-483b-a045-fc2e0f1fd80e